No. 210. NOORMAN *v.* DEPARTMENT OF PUBLIC WORKS & BUILDINGS ET AL. Appeal from the Supreme Court of Illinois. Decided October 11, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Iowa Central R. Co.* v. *Iowa,* 160 U. S. 389, 393; *Gasquet* v. *Lapeyre,* 242 U. S. 367, 369, 370; *Kammerer* v. *Kroeger,* 299 U. S. 302, 304. *Mr. Howard F. Bishop* for appellant. *Mr. Otto Kerner* for appellees.

No. 254. DIOCESE OF OLYMPIA, INC., *v.* PEMBERTON, SUPERVISOR, ET AL. Appeal from the Supreme Court of Washington. Decided October 11, 1937. *Per Curiam:* The motion for leave to file a supplemental statement as to jurisdiction is granted. The appeal herein is dismissed for the want of a substantial federal question. *Stebbins* v. *Riley,* 268 U. S. 137, 144, 145. *Mr. Ivan L. Hyland* for appellant. No appearance for appellees.

No. 267. VILAS *v.* IOWA STATE BOARD OF ASSESSMENT AND REVIEW ET AL. Appeal from the Supreme Court of Iowa. Decided October 11, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Lawrence* v. *State Tax Comm'n,* 286 U. S. 276, 283, 284; *Zucht* v. *King,* 260 U. S. 174, 176; *Roe* v. *Kansas,* 278 U. S. 191, 192; *Texas & Pacific Ry. Co.* v. *Texas,* 296 U. S. 552. *Mr. Charles E. Pendleton* for appellant. *Mr. Clair E. Hamilton* for appellees.